UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CR-0128-BR

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LEMAR RAYMOND DASHER | ) | |
| | ) | |

This matter is before the court on defendant's letter filed 20 November 2015. (DE # 42.) Defendant requests that the court grant him a year off his sentence. According to defendant, he recently completed the 500-hour residential drug abuse program, but he is not eligible for early release based on his "past history." While the court commends defendant on his positive achievements while incarcerated, the court does not have the authority to modify a sentence of imprisonment except under limited circumstances not applicable here. See 18 U.S.C. § 3582(b), (c). Therefore, to the extent defendant's letter could be deemed a motion, it is DENIED.

This 7 January 2016.

_____
W. Earl Britt
Senior U.S. District Judge